UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In re:

    GEORGE GATANAGA
    LYNNE H GATANAGA
        Debtor(s)

Case No. 11-51761 MEH

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Devin Derham-Burk, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/25/2011.

2) The plan was confirmed on 06/17/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 02/03/2015.

6) Number of months from filing to last payment: 47.

7) Number of months case was pending: 51.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $369,208.80.

10) Amount of unsecured claims discharged without payment: $324,687.67.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $4,165.00 |
| Less amount refunded to debtor | $247.21 |

**NET RECEIPTS:**           **$3,917.79**

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $835.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $235.24 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**     **$1,070.24**

Attorney fees paid and disclosed by debtor:     $3,065.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| American Express | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 19,069.26 | 19,341.73 | 19,341.73 | 193.42 | 0.00 |
| American Express | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 2,853.34 | 2,853.34 | 2,853.34 | 28.53 | 0.00 |
| American Express | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS CENTURION B/ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS CENTURION BI | Unsecured | 21,446.26 | 21,931.46 | 21,931.46 | 219.31 | 0.00 |
| BAC Home Loans LLP | Secured | 182,507.52 | NA | NA | 0.00 | 0.00 |
| BACK BOWL I LLC | Unsecured | 55,663.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Capital One Bank | Unsecured | 7,157.78 | NA | NA | 0.00 | 0.00 |
| Capital One Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA NA | Unsecured | 7,609.98 | 8,120.59 | 8,120.59 | 81.21 | 0.00 |
| Chase Bank USA, NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chase Bank USA, NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CPU/CITIBANK | Unsecured | 1,663.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 15,005.49 | 15,005.49 | 15,005.49 | 150.05 | 0.00 |
| DISCOVER FINANCIAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 1,846.00 | 1,250.00 | 1,250.00 | 12.50 | 0.00 |
| FIA CARD SERVICES NA | Unsecured | NA | 55,663.59 | 55,663.59 | 556.64 | 0.00 |
| Fia Csna | Unsecured | 15,384.00 | NA | NA | 0.00 | 0.00 |
| GEMB/CHEVRON | Unsecured | 795.00 | NA | NA | 0.00 | 0.00 |
| Home Depot/CBSD | Unsecured | 963.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 13,536.90 | 14,978.23 | 14,978.23 | 149.78 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 54,279.43 | 55,534.53 | 55,534.53 | 555.35 | 0.00 |
| NORDSTROM | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| OAK HARBOR CAPITAL II LLC | Unsecured | NA | 15,755.70 | 15,755.70 | 157.56 | 0.00 |
| PORTFOLIO RECOVERY ASSOC LLC | Unsecured | 764.00 | 800.00 | 800.00 | 8.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC LLC | Unsecured | 1,771.00 | 1,792.00 | 1,792.00 | 17.92 | 0.00 |
| PORTFOLIO RECOVERY ASSOC LLC | Unsecured | NA | 7,792.98 | 7,792.98 | 77.93 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PORTFOLIO RECOVERY ASSOC LLC | Unsecured | NA | 1,366.00 | 1,366.00 | 13.66 | 0.00 |
| PORTFOLIO RECOVERY ASSOC LLC | Unsecured | 11,869.00 | 11,869.55 | 11,869.55 | 118.70 | 0.00 |
| PORTFOLIO RECOVERY ASSOC LLC | Unsecured | 35,326.72 | 35,326.72 | 35,326.72 | 353.27 | 0.00 |
| PRA RECEIVABLES MNGMT LLC | Unsecured | 13,035.38 | 13,035.38 | 13,035.38 | 130.35 | 0.00 |
| SALINAS GOLF AND COUNTRY CLUB | Unsecured | 3,365.00 | NA | NA | 0.00 | 0.00 |
| Sears Credit Card | Unsecured | 9,889.38 | NA | NA | 0.00 | 0.00 |
| Sears/cbsd | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Shell/Citibank | Unsecured | 1,761.00 | NA | NA | 0.00 | 0.00 |
| Shell/Citibank | Unsecured | 1,803.00 | NA | NA | 0.00 | 0.00 |
| UNION BANK | Unsecured | 2,428.00 | 2,336.77 | 2,336.77 | 23.37 | 0.00 |
| WELLS FARGO OPERATIONS CENTER | Secured | 149,384.23 | 149,874.13 | 149,874.13 | 0.00 | 0.00 |

### Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $149,874.13 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$149,874.13** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$284,754.06** | **$2,847.55** | **$0.00** |

### Disbursements:

| | |
|---|---|
| Expenses of Administration | $1,070.24 |
| Disbursements to Creditors | $2,847.55 |
| **TOTAL DISBURSEMENTS:** | **$3,917.79** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/10/2015     By: /s/ Devin Derham-Burk
                                   Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**